bursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 4 EAST 72ND STREET CORPORATION, Respondent-Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents.— Order modified by fixing the values in each of the years as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1942–43 | $210,000 | $340,000 | $550,000 |
| 1943–44 | 200,000 | 335,000 | 535,000 |
| 1944–45 | 200,000 | 330,000 | 530,000 |

and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent in the following memorandum: Taking into consideration all relevant factors, we think that the order appealed from should be modified by increasing the values in each of the years as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1942–43 | $240,000 | $460,000 | $700,000 |
| 1943–44 | 230,000 | 452,000 | 682,000 |
| 1944–45 | 230,000 | 444,000 | 674,000 |

Settle order on notice.

ARMANDO ACEVEDO, Respondent, v. CHASE SAFE DEPOSIT Co., Defendant. SAMUEL J. NACHWALTER, Appellant.— Order unanimously modified by increasing the amount of the appellant's lien to $1,500, which sum is to be paid or secured by a proper undertaking prior to the turning over of the papers in this action by the appellant, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MYRON GRAY, Appellant, v. BEATTIE PRODUCTS, INC., Respondent.— Order unanimously modified by denying the motion as to items 3(a), 3(c) and 4(a) of plaintiff's demand, and as so modified affirmed, with printing disbursements to the appellant. Bill of particulars of said items to be served within ten days after service of the order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HENRY M. PROPPER, as Temporary Receiver of Staatlich Genehmigte Gesellschaft Der Autoren, Komponister Und Musikverleger, Respondent, v. DEEMS TAYLOR, as President of the American Society of Composers, Authors and Publishers, an Unincorporated Association, Appellant. JAMES E. MARKHAM, as Alien Property Custodian, Appearing Specially, Appellant.— Order entered December 8, 1945, unanimously modified by eliminating the final directory paragraph thereof, and as so modified affirmed, with $10 costs and disbursements to the appellants upon the ground that the court had no jurisdiction of the Alien Property Custodian and no power to make any adjudication affecting his title to the cause of action pleaded. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., concurs in the result. Settle order on notice. [186 Misc. 72.]

HENRY M. PROPPER, as Temporary Receiver of Staatlich Genehmigte Gesellschaft Der Autoren, Komponister Und Musikverleger, Respondent, v. DEEMS TAYLOR, as President of the American Society of Composers, Authors and Publishers, an Unincorporated Association, Appellant.— Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.